**In re Katrina L. DEWAR.**

No. 2008–1469.

United States Court of Appeals,
Federal Circuit.

Sept. 17, 2008.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).